1  Andrew R. Shalauta, CASB# 186821
   Brendan M. Brownfield, CASB# 266114
2  BURNHAM BROWN
   A Professional Law Corporation
3  P.O. Box 119
   Oakland, California 94604
4  ---
   1901 Harrison Street, 11th Floor
5  Oakland, California  94612
   Telephone:    (510) 444-6800
6  Facsimile:     (510) 835-6666
   Email:        ashalauta@burnhambrown.com
7                 bbrownfield@burnhambrown.com

8  Attorneys for Defendants
    SYED ALI HUSAIN and KHURSHEED B. HUSAIN
9

10

11              UNITED STATES DISTRICT COURT
12             NORTHERN DISTRICT OF CALIFORNIA

13

14  MICHAEL FERNANDES,              No. CV 10-3534 ~~EMC~~ **CRB**

15              Plaintiff,          **STIPULATED REQUEST FOR ENTRY
                                    OF ORDER CONTINUING CASE**
16  v.                              **MANAGEMENT CONFERENCE;
                                    [PROPOSED] ORDER**
17  WILSHIRE FAMILY PROPERTIES, LLC,
    SYED ALI HUSAIN, KHURSHEED B.   **Complaint Filed: October 14, 2010**
18  HUSAIN,

19              Defendants.

20

21         Pursuant to the stipulation of the parties, Defendants SYED ALI HUSAIN and

22  KHURSHEED B. HUSAIN ("Defendants") file this Stipulated Request for Entry of Order

23  Continuing Case Management Conference.

24         Benjamin M. Glickman, counsel for Defendant WILTSHIRE FAMILY PROPERTIES,

25  LLC, and Thomas N. Stewart, III, counsel for Plaintiff MICHAEL FERNANDES, have agreed

26  that the Case Management Conference currently scheduled for May 13, 2011, be continued to

27  June 17, 2011, at 8:30 a.m.   A Stipulation to Continue Case Management Conference

28

1  confirming this agreement is attached hereto as Exhibit "A".  Pursuant to Civil Local Rule 6-

2  2(a), the Declaration of Brendan M. Brownfield, setting forth the information required by Civil

3  Local Rule 6-2(a)(1)-(3), is submitted with this stipulated request.

4         WHEREFORE the parties request entry of Order continuing the Case Management

5  Conference currently scheduled for May 13, 2011 to June 17, 2011.

6

7

8  DATED:  May 5, 2011                          BURNHAM BROWN

9

10                                              _____
                                                BRENDAN M. BROWNFIELD

11                                              Attorneys for Defendants
                                                SYED ALI HUSAIN and KHURSHEED B.

12                                              HUSAIN

13

14                                     ~~PROPOSED~~ ORDER

15         PURSUANT TO STIPULATION, IT IS SO ORDERED.

16

17

18  Dated:  May 6, 2011                         _____

19                                              UNITED STATES DIST...

20

21  1075546

22

23

24

25

26

27

28



STIPULATED REQUEST FOR ENTRY OF ORDER CONTINUING CASE          No. CV 10-3534 EMC
MANAGEMENT CONFERENCE; [PROPOSED] ORDER